JS-6

1  Ronald E. Norman, California Bar No. 104752
2  rnorman@fnklaw.com
   **FARNELL & NORMAN**
3  2020 Main Street, Suite 770
4  Irvine, California 92614
   Telephone:  (949) 553-1300
5  Facsimile:   (866) 600-2067

6
   Julie W. O'Dell, California Bar No. 291083
7  julie.odell@bryancave.com
   **BRYAN CAVE LLP**
8  3161 Michelson Drive, Suite 1500
9  Irvine, California  92612-4414
   Telephone:  (949) 223-7000
10 Facsimile:   (949) 223-7100

11 Brent N. Coverdale (admitted pro hac vice)
12 bcoverdale@sakg.com
   **SCHARNHORST AST KENNARD GRIFFIN, PC**
13 1100 Walnut, Suite 1950
   Kansas City, Missouri 64106-2197
14 Telephone:  (816) 268-9400
   Facsimile:   (816) 268-9409
15

16 Attorneys for Defendant
   FERRELLGAS, INC.
17
18              **UNITED STATES DISTRICT COURT**
19        **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

20

21 | MARK MITCHELL, an individual, | Case No. 5:14-cv-01044-DOC-SH |
22 | Plaintiff, | Hon. David O. Carter |
23 | vs. | **ORDER OF DISMISSAL WITH PREJUDICE** [22] |
24 | FERRELLGAS, INC.; and DOES 1 through 10, Inclusive, | |
25 | | |
26 | Defendants. | |

27
28

1     Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on
2 January 12, 2015, the Court hereby orders that this action be, and hereby is,
3 dismissed with prejudice.

4

5 Dated:   January 12, 2015               */s/ David O. Carter*
                                                               Honorable David O. Carter
6                                                                United States District Judge

*Bryan Cave LLP*
*3161 Michelson Drive, Suite 1500*
*Irvine, CA 92612*